UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAMMY DRUMMONDS,

    Plaintiff,

vs.

HMS EDUCATIONAL SERVICES, INC.
and MARY JOYCE MEADOWS,

    Defendants.

CIVIL ACTION FILE

NO. 1:11-cv-1397-CAP

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of defendant HMS Educational Services, Inc.'s Motion for Summary Judgment, and defendant Mary Joyce Meadows' Motion to Dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 27th day of February, 2013.

                              JAMES N. HATTEN
                              CLERK OF COURT

                          By:  s/Andrea Gee
                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 27, 2013
James N. Hatten
Clerk of Court

By: s/Andrea Gee
      Deputy Clerk